## ADAMS and Others *v.* HARNER.

APPEAL from the *Lagrange* Court of Common Pleas.

*Per Curiam.*—Action by the appellee against the appel-
lants, on notes. Judgment by default.

The record shows the issuing and service of process on

the defendants ten days prior to the first day of the term at which judgment was rendered. We see no error in the record.

The judgment is affirmed, with 8 per cent. damages and costs.

*J. M. Flagg*, for the appellants.